

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00452-CR

---

ADAN VELASQUEZ-GARCIA                                         APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Adan Velasquez-Garcia attempts to appeal from his conviction for possession with intent to deliver 400 grams or more of methamphetamine. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 11, 2011, we notified Velasquez-Garcia that this appeal may be dismissed unless he or any party desiring to continue the appeal filed a response on or before

---

[1]*See* Tex. R. App. P. 47.4.

October 21, 2011, showing grounds for continuing the appeal. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 10, 2011